DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEVILNEAR TILGHMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2795

[December 14, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 19-013584CF10A.

Jacob Michael Noble, Specially Appointed Public Defender, Palm Beach Gardens, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*